# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HETHERINGTON, | Case No. 1:10-cv-00608-SAB |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| WARDEN YATES, et al., | (ECF No. 11) |
| Defendants. | |

Plaintiff Anthony Hetherington ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act (42 U.S.C. §§ 2000cc, et seq.). Plaintiff initiated this action on April 8, 2010. (ECF No. 1.)

On April 9, 2013, the Court screened Plaintiff's complaint and found that it stated some cognizable claims. (ECF No. 11.) The Court granted Plaintiff thirty (30) days to either amend his complaint to cure the deficiencies in his non-cognizable claims or to notify the Court that he did not wish to amend and wished to proceed only on the claims found to be cognizable. More than thirty days have passed, and Plaintiff has failed to respond to the Court's order.

Local Rule 110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to

1

prosecute this action is grounds for dismissal. In re Phenylpropanolamine (PPA) Prods. Liab. Litig., 460 F.3d 1217, 1226 (9th Cir. 2006). Accordingly,

    IT IS HEREBY ORDERED that:

    1.    This action is dismissed, without prejudice, for the failure to comply with a court order; and

    2    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 30, 2013**  

UNITED STATES MAGISTRATE JUDGE